**FILED**
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8758

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Carolina Diana SOTO, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 20, 2008, within the Southern District of California, defendant Carolina Diana SOTO did knowingly and intentionally import approximately 23.36 kilograms (51.39 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21ST DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                v.
Carolina Diana SOTO

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On August 20, 2008, at approximately 1015 hours, Carolina Diana SOTO (SOTO) entered the United States at the Calexico, California, West Port of Entry. SOTO was the driver, registered owner, and sole occupant of a 2001 Ford Taurus.

Customs and Border Protection Canine Officer (CEO) C. Randolph was conducting pre-primary operations with his assigned Human-Narcotics Detector Dog (HNDD) when his HNDD alerted to a 2001 Ford Taurus. CEO Randolph informed Customs and Border Protection Officer (CBPO) R. Navarro of his HNDD's alert and requested that the vehicle be sent to secondary for a more intensive inspection.

CBPO H. Flores in the primary lanes received a negative Customs declaration from SOTO. SOTO told CBPO Flores the vehicle she was driving was her vehicle and she was going to "Wal-Mart" in Calexico. CBPO FLORES referred the vehicle to the vehicle secondary for CEO Randolph.

In the vehicle secondary lot, CBPO L. Parker received a negative Customs declaration from SOTO. SOTO stated to CBPO Parker she was the registered owner of the vehicle and she was on her way to Calexico. CBPO Parker noticed SOTO was shaking as she was being asked questions and her voice was breaking as she responded to the questions. CBPO Parker inspected the trunk and

noticed the smell of marijuana. CBPO Parker noticed the gas tank showed signs of removal. The gas tank was removed and numerous packages were found in a covered access. One of the packages was probed which produced a green, leafy substance that field tested positive for marijuana. The total weight of the packages was 23.36 kilograms (51.39 pounds).

SOTO was advised of her Constitutional Rights per Miranda, which she acknowledged and waived. SOTO admitted knowledge of the marijuana concealed within the vehicle. SOTO stated to Special Agent Wood she was going to receive $2,000.00 to smuggle the marijuana into the United States.